UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARINA VILLAFEURTE, et al.,<br><br>　　　　　　　　Plaintiff(s),<br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　　　　　Defendant(s). | CASE NO. C25-0217-KKE<br><br>ORDER GRANTING STIPULATED MOTION |

The parties have filed a stipulated motion to modify the case caption and extend time (Dkt. No. 14). The Court GRANTS the motion and orders as follows:

(1) Defendant Amazon.com, Inc. is DISMISSED without prejudice from this lawsuit and the Clerk is directed to modify the case caption to substitute Amazon.com Services LLC as Defendant.

(2) Amazon.com Services LLC's deadline to respond to the complaint is extended to March 7, 2025.

Dated this 12th day of February, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1